■ In the Matter of JADY KELLY, Appellant, against LEE B. MAILLER, as Chairman, Respondent.— Motion to appeal as a poor person denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM REESE, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent. — Motion to appeal as a poor person and on original papers denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOWARD WATSON, Appellant.— Motion to appeal as a poor person denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIAH SEWELL, Appellant. — Motion to appeal as a poor person denied on the ground that the papers fail to show merit to the appeal.

■ ONONDAGA OPERATING CORP., Plaintiff, v. RICHARD LONGO, Defendant.— Motion for a stay granted on condition that appeal is argued during first week of September 1958 Term of court.

■ VIOLA STEMPLE, Appellant, v. LOUISE CARPENTER, Respondent.— Motion granted and appeal dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY LEO CRANDALL, Appellant.— Motion to appeal on typewritten papers denied on the ground that the papers fail to show merit to the appeal; time for argument of appeal enlarged to include September 1958 Term of court.

■ In the Matter of WALTER KLEIN, Petitioner, against THOMAS E. ROHAN et al., Constituting the New York State Liquor Authority, Respondents.— Stay granted pending hearing and determination of proceeding upon condition that records and petitioner's brief be filed on or before August 15, 1958; respondents directed to file brief on or before September 2, 1958 and case set down for argument during first week of September 1958 Term.

## (July 10, 1958)

■ GEORGE M. BAILEY et al., Respondents, v. HELEN MORMINO, Appellant, et al., Defendant. — Judgment affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment of Monroe Equity Term for plaintiffs in a partition action.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.